4/10/2023

Letter seeking relief – please unfreeze my joint bank account

Dear Judge Glen,

I am the debtor in case number 22-11730-mg. I filed for bankruptcy on December 31st 2023 (Ms. Adrienne Woods was my lawyer, copied here).

 In the process of bankruptcy - the trustee froze bank account at Chase (ending in 6350) which was jointly held by both me and my daughter Ms. Ashna Shah (copied here). Further this account had deposits from the Consulting business (owned jointly by me and Ms. Ashna Shah.

My daughter and I have repeatedly requested the trustee to release that account but have not been heard. The trustee asked us for last 6 years of statements to make that determination which I have promptly provided. My daughter has written several times to release her portion of the funds (as she is not debtor in the case) - but the trustee has just ignored her requests.

Bankruptcy is suppose to give me a fresh start - but this looks like a way to get further in debt. the freezing of the account has made sure that

1. I cannot pay freelancers who have already provided service for the business.

2. Cannot file or pay taxes due from the business.

3. Have to beg friends and family for for more money and get further in debt.

At this point I cannot afford attorney fees, hence I am representing myself.

Your help in the matter will be greatly appreciated.

Many Thanks

Madhu