4/10/2023

Letter of Objection: Motion for extension of deadline

Dear Judge Glen,

I am the debtor in case number 22-11730-mg. I filed for bankruptcy on December 31st, 2023. I Object to trustee's request for extension of time filed on April 4th, 2023, for the following reasons:

1. I have been very co-operative and prompt in providing all the information requested by the trustees within days of his request.
2. All information requested by the trustee (under bankruptcy rule 2004) was already provided to the trustee before he filed the motion.
3. My daughter has been prompt in giving access to her stuff as well to the trustee's request.
4. Despite all the above – the trustee has failed to take action in releasing my daughters and my business assets. Which is both unfair and disrespectful.
5. Yes, I did extension to creditors James Busche and Prasanna Pandarinathan as my lawyer suggested it would cost me money to object, her fees.

 Bankruptcy is supposed to give me a fresh start – but the constant extension and fishing expedition is the exact opposite of that.

I cannot pay freelancers who have already provided service for the business, as the trustee has not taken the time to release those assets.

I cannot afford a lawyer as I refuse to go further in debt.

Therefor I request this court to give the trustee an extension of 6 months and request him to settle this case as soon as possible.