# **Exhibit A**



Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

Thursday, Dec 29, 2022

BRADSHAW LAW GROUP PC
307 EAST 89TH ST SUITE 4C
NEW YORK, NY 10128

**RE: JAMES BUSCHE v. MADHU BUSCHE, Index No.: 3087882014**

JPMorgan Chase Bank, N.A is in receipt of your Info Sub With RN against the following debtor(s): MADHU BUSCHE

Accounts which are held:

| **Account Number** | **Present Balance** |
|---|---|
| 6350 | 57601.86 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including without limitation: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

Memo: JOINT OWNER ON ACCT 6350: ASHNA SHAH - 1500 LEXINGTON AVE APT 3Q, NEW YORK, NY 10029-7350 USA

### Answers for the Information Subpoena

| Answer1 | Not Applicable |
|---|---|

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Info Sub With RN. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A at 1-866-578-7022.

Sincerely,


Kristan R Magny
Transactions Specialist III
JPMorgan Chase Bank, N.A.