# **<u>Exhibit B</u>**

# FAX COVER SHEET

| TO | Levy & Lien Department |
|---|---|
| COMPANY | JPMorgan Chase N.A. |
| FAX NUMBER | 18666990618 |
| FROM | Diane Bradshaw |
| DATE | 2023-01-06 05:52:46 GMT |
| RE | Release COAL-27DEC22-1883 NY Index No. 308788/2014 Madhu Grover |

## COVER MESSAGE

Please see attached Release with respect to SDNY Bankruptcy Case Number 22-11730mg.

# BRADSHAW LAW GROUP P.C.
### 307 East 89th Street
### Suite 4C
### New York, NY 10128
Telephone: 212-327-1524    Fax: 332-777-2408    Mobile: 917-783-8125
www.bradshawlawgrouppc.com

January 6, 2023

<u>Via Fax</u>
JPMorgan Chase N.A.
Lien and Levy Department
614-340-7504
866-699-0618

    Re: COAL - 27DEC22-1883
       Judgment Debtor: Madhu Grover
       *James Busche v Madhu Grover*
       New York State Supreme Court Index Number: 308788/2014
       Judgment Date: August 15, 2019
       Judgment Amount: $2,664,280.75
       Restraining Notice Date: December 20, 2022
       Bankruptcy Chapter 7 Case Number: 22-11730mg SDNY
       Bankruptcy Filing Date: December 31, 2022

Ladies and Gentlemen:

  The Judgment Debtor in the above referenced matter, Madhu Grover ("Grover"), has filed for bankruptcy protection under Chapter 7 of the U.S. Bankruptcy Code. Accordingly, in compliance with the automatic stay provisions of 11 U.S.C. 362, you are hereby authorized to release the restraint imposed on Grover's funds held at JPMorgan Chase pending the disposition of the bankruptcy proceedings.

  Please contact us with any questions or concerns.

  Thank you for your immediate attention to this matter.

Very truly yours,

**BRADSHAW LAW GROUP P.C.**

Diane Bradshaw
dbradshaw@bradshawlawgrouppc.com