## Alexis Dreher

| | |
|---|---|
| **From:** | Ashna Shah-Grover <ashnashahgrover777@gmail.com> |
| **Sent:** | Tuesday, September 5, 2023 2:31 PM |
| **To:** | Nicole Santucci |
| **Cc:** | ashnashahgrover@gmail.com; Yann Geron; Madhu Grover; madhugrover2@gmail.com; adrienne@woodslawpc.com |
| **Subject:** | Re: Madhu Grover, Debtor; Case No. 22-11730-mg |

Tuesday, 5th September, 2:28PM

Dear Nicole,

I totally respect the judges order and am more than willing to work with you to get a date for my deposition.

There are few issues I would like to address
1. I am doing volunteer work in remote villages around Dharamshala and will not have stable internet access until Nov 2, 10am.
2. I am the witness, not a debtor so my understanding is that we need to work with a mutual schedule.
3. I do not recall the judge ordering me to accommodate you in the two week window or times you have stated - it has to be a mutually agreed time.  And the times you had suggested do not work for me as they unduly burden me.
4. Given we are 10 hours apart and you need 6 hours we can start at 10 am IST.

I can accommodate you on November 2nd at 10am IST. This is the earliest time when  I can be assured of any kind of steady internet service.

I am happy to write to the court all of the above and explain my circumstances.

Best
Ashna.

On Fri, Sep 1, 2023 at 8:51 PM Nicole Santucci <nsantucci@geronlegaladvisors.com> wrote:

> Ms. Shah Grover –
>
>
> As directed by the Court at yesterday's hearing, we are looking to schedule a mutually convenient date and time for your deposition. As we told you in prior emails, this deposition will be conducted by Zoom with a link to be provided to you by the court reporter.  It is advisable that you access the deposition by desktop with camera.  The deposition will commence at 10 a.m. (ET) and may continue until 4:00 p.m.
>
>
> Please let us know by no later than close of business ET on Wednesday September 6, 2023, which days you are available in the weeks of September 18th and September 28th, 2023.  Once we have your available dates, we will coordinate with the other parties and advise you of the selected date.  As noted by the Court, if you do not make yourself available in this two-week period, we will select a date without your input.

Nicole N. Santucci, Esq.

*she/her/hers*

**Geron Legal Advisors LLC**

370 Lexington Avenue, Suite 1101

New York, NY 10017

T: 646-560-3224

Email: nsantucci@geronlegaladvisors.com

www.geronlegaladvisors.com