# BRADSHAW LAW GROUP P.C.

307 East 89th Street
Suite 4C
New York, NY 10128

Telephone: 212-327-1524    Fax: 332-777-2408    Mobile: 917-783-8125
www.bradshawlawgrouppc.com

December 25, 2024

Via CM/ECF and email: mg.chambers@nysb.uscourts.gov
Honorable Judge Martin Glenn, Chief Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    James *Busche v. Madhu Grover* 23-01199-mg
               AP Motion & Memorandum of Law for Preclusive Effect Briefing Schedule
               *In re Grover* 22-11730

Your Honor:

      In compliance with the Court's instructions at the December 4, 2024 Conference, Plaintiff-Creditor, James Busche ("Busche"), by his attorneys, efiled a Motion and Memorandum of Law with respect to the preclusive effect of a NYS Judgment, together with attachments thereto, on December 18, 2024 as ECF Document Numbers 21 through 21-15 without a Hearing date requested or assigned.

      In further compliance with the Court's instructions, counsel for Busche and Defendant-Debtor, Madhu Grover, conferred and agreed upon the following briefing schedule (the Briefing Schedule"):

           Motion filed:    December 18, 2024 ECF DOC 21
           Responses by:   January 31, 2025
           Reply by:       February 8, 2025

      By email of Monday, December 23, 2024 at 11:03 AM from the Court's Law Clerk, Ella Epstein, we were notified that Your Honor has approved this Briefing Schedule.

      In accordance with the Court's subsequent instructions, we are filing this Briefing Schedule letter on the Dockets of the following related cases:

    *In re Madhu Grover*
    Case Number 22-11730-mg

    *Yann Geron, as Chapter 7 Trustee of the Estate of Madhu Grover v Madhu Grover*
    Adv. Proc. Case No. 23-01198-mg

    *James Busche v Madhu Grover*
    Adv. Proc. Case No. 23-01199-mg

    *Prasanna Pandarinathan v Madhu Grover*
    Adv. Proc. Case No. 23-01200-mg

      We thank the Court and await any further directives with respect to scheduling of a Hearing or otherwise.

Respectfully,

**BRADSHAW LAW GROUP P.C.**

/s/ *Diane Bradshaw*
Diane Bradshaw
dbradshaw@bradshawlawgrouppc.com

Dated: 1/30/2025. MEMO ENDORSED. IT IS SO ORDERED.      /s/Martin Glenn
              The schedule is approved.              UNITED STATES BANKRUPTCY JUDGE