**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADHU GROVER,<br><br>                      Debtor. | Chapter 7<br>Case No. 22-11730 (MG) |

**ORDER GRANTING MOTION TO WITHDRAW AS**
**COUNSEL TO ASHNA SHAH**

Upon the motion (the "**Motion**") [ECF No. 104] of Weinberg Zareh Malkin Price LLP (the "**Firm**") dated February 4, 2025, seeking entry of an order permitting the Firm to withdraw as counsel for Ashna Shah ("**Shah**") pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Firm provided adequate and appropriate notice of the Motion, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED,** that the Firm is authorized to withdraw as counsel to Shah.

Dated: New York, New York
        March 5, 2025

                                                                                            /s/Martin Glenn
                                                                    THE HON MARTIN GLENN
                                              UNITED STATES CHIEF BANKRUPTCY JUDGE