

June 10, 2025

**VIA EMAIL AND ELECTRONIC FILING** (MG.CHAMBERS@NYSB.USCOURTS.GOV )

The Honorable Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   **Madhu Grover, Debtor; Case No. 22-11730-mg; Trustee v. Grover; Adv. Pro. No. 23-01198-mg; Busche v. Grover; Adv. Pro. No. 23-01199-mg; Pandarinathan v. Grover; Adv. Pro. No. 23-01200-mg**

Dear Chief Judge Glenn:

As the Court is aware, I represent the Debtor in the above-referenced bankruptcy case and related adversary proceedings. I respectfully request a brief extension of the deadline for submission of the joint pre-trial order ("**PTO**") from June 13, 2025, to July 11, 2025. All parties have consented to this request.

The parties have exchanged several drafts and comments on the joint PTO and are close to finalizing the document but require some additional time to finalize the more than 66-page document and attendant exhibits to provide the Court with a clean final version that best reflects the various parties' positions. If the Court agrees to the extension, the final pre-trial conference would be held at a date to be scheduled by the Court after July 11, 2025.

The parties are available to discuss the proposed PTO deadline extension should Your Honor have any questions or comments.

Respectfully submitted,

*/s/ Adrienne Woods*

Adrienne Woods, Esq.

cc via CM/ECF and email:
Omid Zareh (ozareh@wzmplaw.com)
Mark Silver (mark@marksilverpllc.com)
Nicole Santucci (nsantucci@geronlegaladvisors.com)

The Honorable Martin Glenn, Chief United States Bankruptcy Judge
June 10, 2025
Page 2

Yann Geron (ygeron@geronlegaladvisors.com)
Diane Bradshaw (dbradshaw@bradshawlawgrouppc.com)

The extension of the deadline for submission of the joint pre-trial order ("**PTO**") from June 13, 2025, to July 11, 2025 is granted.  The final pre-trial conference be held on July 16, 2025 at 10 AM using zoom for government.[1]

MEMORANDUM ENDORSED. IT IS SO ORDERED.

Dated: June 11, 2025                                          **/s/Martin Glenn**
                                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing.  Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, http://www.nysb.uscourts.gov/ecourt-appearances or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.