GERON LEGAL ADVISORS LLC
Yann Geron, Esq.
Nicole N. Santucci, Esq.
Jeannette Litos, Esq.
Alejandro J. Urquides, Esq.
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224
ygeron@geronlegaladvisors.com
nsantucci@geronlegaladvisors.com
jlitos@geronlegaladvisors.com
aurquides@geronlegaladvisors.com

*Attorneys for Yann Geron, Chapter 7 Trustee of the estate of Madhu Grover*

**Hearing Date: July 22, 2026**
**Hearing Time: 10:00 a.m. (ET)**

**Objection Date: July 15, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| MADHU GROVER, | : | Case No. 22-11730-mg |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------------x

| | | |
|---|---|---|
| YANN GERON, as Chapter 7 Trustee of the Estate of MADHU GROVER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | Adv. Proc. No. 24−04051−mg |
| | : | |
| ASMG CONSULTING LLC, MADHU GROVER, ASHNA SHAH GROVER, and MANISH SHAH, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------x

| | | |
|---|---|---|
| YANN GERON, as Chapter 7 Trustee of the Estate of MADHU GROVER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | Adv. Proc. No. 24−04050−mg |
| | : | |
| MANISH GROVER, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

```
-------------------------------------------------------------x
ASHNA SHAH GROVER,                                :
                                                  :
                        Plaintiff,                :
                                                  :
            - against -                           :       Adv. Proc. No. 26−01054−mg
                                                  :
YANN GERON, as Chapter 7 Trustee of the Estate    :
of MADHU GROVER,                                  :
                                                  :
                        Defendant.                :
-------------------------------------------------------------x
```

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR AN ORDER, PURSUANT
TO BANKRUPTCY RULE 9019, AUTHORIZING AND APPROVING
GLOBAL SETTLEMENT AGREEMENT**

TO DEBTOR'S COUNSEL, THE SETTLING DEFENDANTS, ALL KNOWN CREDITORS AND PARTIES-IN-INTEREST, ALL PARTIES HAVING FILED NOTICES OF APPEARANCE, AND THE UNITED STATES TRUSTEE:

**PLEASE TAKE NOTICE** that upon the application, dated July 1, 2026 (the "Application"), of Yann Geron (the "Trustee"), chapter 7 trustee of the estate of Madhu Grover (the "Debtor), the above-captioned debtor, the Trustee will move before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 (the "Court"), on the **22nd day of July, 2026, at 10:00 a.m. (ET)** (the "Hearing"), or as soon thereafter as counsel can be heard, for an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving a global settlement agreement, dated July 1, 2026 (the "Settlement Agreement"), between the Trustee, on the one hand, and the Debtor, ASMG Consulting LLC ("ASMG"), Ashna Shah Grover ("Ms. Shah Grover"), Manish Shah ("Mr. Shah"), and Manish Grover ("Mr. Grover", and together with the Debtor, ASMG, Ms. Shah Grover, and Mr. Shah, the "Settling Defendants"), on the other hand (collectively, the Trustee and the Settling Defendants are the "Parties"), in full and final resolution of any and all claims by and between the Parties, including those asserted in the above-referenced adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's General Order M-543 ("General Order M-543") dated March 20, 2020, upon consent of the Parties, the Hearing will be conducted remotely via Zoom for Government. Parties wishing to participate in the Hearing, whether making a "live" or "listen only" appearance before the Court, must arrange to make an electronic appearance (an "eCourt Appearance") no later than 4:00 p.m. (prevailing Eastern Time) one business day before the Hearing, through Zoom for Government. To do so, you may: (i) access the eCourt Appearances tool on the Court's website at: https://www.nysb.uscourts.gov/ecourt-appearances; or (ii) visit the Court's eCourt Appearances website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. For further information and

instructions, you may also consult the Zoom Video Hearing Guide at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Application and exhibits have been filed electronically with the Clerk of the Court and may be inspected by all registered users of the Court's website at http://www.nysb.uscourts.gov. Copies of the Application and exhibits may also be obtained by email request to the undersigned counsel for the Trustee, Attn: Alexis Dreher, Paralegal, at adreher@geronlegaladvisors.com.

**PLEASE TAKE FURTHER NOTICE** that the Settlement Agreement generally provides that (i) the claims asserted by the Trustee against the Settling Defendants in the Grover Proceeding[1] and ASMG Proceeding shall be deemed withdrawn with prejudice, (ii) the Grover Judgment and the Shah Judgment shall be deemed vacated, and all related collection and enforcement activity by the Trustee shall cease, (iii) the Trustee shall take no interest in, or assert any further claims against, the Chase Account, (iv) the claims asserted and the relief sought by Ms. Shah Grover against the Trustee in the Shah Grover Proceeding shall be deemed withdrawn with prejudice, (v) all pending motions, requests for reconsideration, and appeals shall be rendered moot by the terms of this Settlement Agreement and deemed withdrawn, (vi) general releases will be exchanged by and among the Trustee, the Debtor's estate, and the Settling Defendants, and (vii) the denial of the Debtor's discharge is preserved.

**PLEASE TAKE FURTHER NOTICE** that the foregoing constitutes only a general summary of the salient terms of the Settlement Agreement and does not detail each of the terms and provisions thereof. All parties are encouraged to review the Application and the Settlement Agreement in their entirety before reaching a conclusion regarding the settlement.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has determined that the contemplated compromise and settlement of the claims, as set forth in the Settlement Agreement, are fair, reasonable, and in the best interests of the Debtor, her estate, and creditors.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a compact disc, in text searchable Portable Document Format (with a hard copy delivered directly to the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and served in accordance with General Order M-399 or other form upon: (i) Geron Legal Advisors LLC, Attorneys for Trustee, 370 Lexington Avenue, Suite 1208, New York, New York 10017, Attn: Yann Geron, Esq. (ygeron@geronlegaladvisors.com), Nicole N. Santucci, Esq. (nsantucci@geronlegaladvisors.com), Jeannette Litos, Esq. (jlitos@geronlegaladvisors.com), and Alejandro J. Urquides, Esq. (aurquides@geronlegaladvisors.com); and (ii) United States Trustee, U.S. Federal Office Building, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004-1408, Attn: Annie Wells, Esq. (annie.wells@usdoj.gov), so as to be actually received

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Application.

by no later than seven days prior to the Hearing. The ECF docket number to which the filing relates must be included in the upper right-hand corner of the caption of all objections.

Dated: New York, New York
      July 1, 2026

GERON LEGAL ADVISORS LLC
*Attorneys for Yann Geron, Chapter 7 Trustee of the estate of Madhu Grover*

By:   */s/ Yann Geron*
     Yann Geron, Esq.
     Nicole N. Santucci, Esq.
     Jeannette Litos, Esq.
     Alejandro J. Urquides, Esq.
     370 Lexington Avenue, Suite 1208
     New York, New York 10017
     (646) 560-3224
     ygeron@geronlegaladvisors.com
     nsantucci@geronlegaladvisors.com
     jlitos@geronlegaladvisors.com
     aurquides@geronlegaladvisors.com